IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. ___19___ CR ___131___ JDP |
| | 18 U.S.C. § 2251(a) |
| SCOTT T. BLOOD, | 18 U.S.C. § 2253 |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1

On or about May 29, 2019, in the Western District of Wisconsin, the defendant,

SCOTT T. BLOOD,

knowingly and intentionally used a minor, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce. Specifically, BLOOD used an SCS Enterprises Smoke Detector Hidden Camera to produce a visual depiction, a video with the file name 2019_05_29.wmv, of Minor A engaged in sexually explicit conduct.

(In violation of Title 18, United States Code, Section 2251(a)).

## COUNT 2

On or about June 2, 2019, in the Western District of Wisconsin, the defendant,

SCOTT T. BLOOD,

knowingly and intentionally used two minors, Minor A and Minor B, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce. Specifically, BLOOD used an SCS Enterprises Smoke Detector Hidden Camera to produce a visual depiction, a video with the file name 2019_06_02.wmv, of Minor A and Minor B engaged in sexually explicit conduct.

(In violation of Title 18, United States Code, Section 2251(a)).

<u>COUNT 3</u>

On or about June 6, 2019, in the Western District of Wisconsin, the defendant,

SCOTT T. BLOOD,

knowingly and intentionally used a minor, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce. Specifically, BLOOD used an SCS Enterprises Smoke Detector Hidden Camera to produce a visual depiction, a video with the file name 2019_06_06.wmv, of Minor A engaged in sexually explicit conduct.

(In violation of Title 18, United States Code, Section 2251(a)).

<u>COUNT 4</u>

On or about June 23, 2019, in the Western District of Wisconsin, the defendant,

SCOTT T. BLOOD,

knowingly and intentionally used two minors, Minor A and Minor B, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such

2

conduct, using materials that had previously been transported in interstate and foreign commerce.  Specifically, BLOOD used an SCS Enterprises Smoke Detector Hidden Camera to produce a visual depiction, a video with the file name 2019_06_23.wmv, of Minor A and Minor B engaged in sexually explicit conduct.

(In violation of Title 18, United States Code, Section 2251(a)).

## COUNT 5

On or about June 26, 2019, in the Western District of Wisconsin, the defendant,

SCOTT T. BLOOD,

knowingly and intentionally used a minor, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce. Specifically, BLOOD used an SCS Enterprises Smoke Detector Hidden Camera to produce a visual depiction, a video with the file name 2019_06_26.wmv, of Minor A engaged in sexually explicit conduct.

(In violation of Title 18, United States Code, Section 2251(a)).

## COUNT 6

On or about July 16, 2019, in the Western District of Wisconsin, the defendant,

SCOTT T. BLOOD,

knowingly and intentionally used a minor, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce. Specifically, BLOOD used an SCS Enterprises Smoke Detector Hidden Camera to

produce a visual depiction, a video with the file name 2019_07_16.wmv, of Minor A engaged in sexually explicit conduct.

(In violation of Title 18, United States Code, Section 2251(a)).

COUNT 7

On or about July 26, 2019, in the Western District of Wisconsin, the defendant,

SCOTT T. BLOOD,

knowingly and intentionally used a minor, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce.  Specifically, BLOOD used an SCS Enterprises Smoke Detector Hidden Camera to produce a visual depiction, a video with the file name 2019_07_26.wmv, of Minor A engaged in sexually explicit conduct.

(In violation of Title 18, United States Code, Section 2251(a)).

FORFEITURE ALLEGATION

As a result of the offense charged in Counts 1-7 of this indictment, and upon conviction for violating Title 18, United States Code, Sections 2251(a), the defendant,

SCOTT T. BLOOD,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, his right, title, and interest in the following:

(1)     Any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained.

4

(2)    Any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, including an SCS Enterprises Smoke Detector Hidden Camera.

A TRUE BILL

_____

PRESIDING JUROR

Indictment returned:  9/19/19

_____

SCOTT C. BLADER
United States Attorney

5