IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| v. | Case No.: 19-cr-00131-jdp |
| | 18 U.S.C. § 2252(a)(2) |
| SCOTT T. BLOOD, | 18 U.S.C. § 2252(a)(4)(B) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

On or about January 17, 2019, in the Western District of Wisconsin, the defendant,

SCOTT T. BLOOD,

knowingly received a visual depiction using a facility of interstate commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the depiction is of such conduct. Specifically, BLOOD received a video starting with 95b8 sent via KIK from Minor C depicting Minor C engaged in sexually explicit conduct.

(In violation of Title 18, United Stated Code, Section 2252(a)(2)).

## COUNT 2

On or about July 20, 2019, in the Western District of Wisconsin, the defendant,

SCOTT T. BLOOD,

knowingly possessed a Western Digital 4 TB hard drive containing visual depictions that had been produced using materials which had been shipped and transported in interstate and foreign commerce, specifically, the Western Digital 4 TB hard drive, and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct.

(In violation of Title 18, United States Code, Sections 2252(a)(4)(B)).

## FORFEITURE ALLEGATION

As a result of the offenses charged in Count 1 and 2 of this indictment, and upon conviction for violating Title 18, United States Code, Sections 2252(a)(2) and (a)(4), pursuant to Title 18, United States Code, Section 2253, the defendant,

SCOTT T. BLOOD,

shall forfeit to the United States his right, title, and interest in:

(1) Any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained, and

(2) any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, including property specifically described as an iPhone X and a Western Digital 4 TB hard drive.

3-5-20
Date

For SCOTT C. BLADER
United States Attorney