- [PRACTICE](#) •
- [CALENDAR](#) •
- [RESEARCH](#) •
- [OWI-RESEARCH](#)

Good day, Nathan Otis [Logout](#) | [My Account](#) | [About](#) | [Help](#)

- [Query](#)
- [Summary](#)
- [Results](#)
- [Layout](#)
- [History](#)


- [Disposition and Sentencing Analysis](#)
- [Comparative Report](#)

Thursday, June 4, 2020

# Disposition and Sentencing Analysis

## Distribution of Dispositions, and Distribution of Sentences Awarded, for selected query parameters

### CLOSED CASES ONLY

The Disposition and Sentencing Analysis synopsizes the outcomes of all closed cases for counts that match the parameters selected on the query tab.

Current Search Criteria

| Filter | Parameters |
|---|---|
| Statute | 948.05(1)(a); 948.05(1)(b) |
| Instance | As sentenced |
| Case Status | Closed |
| TIS Period | TIS 2 |

**740 counts in 346 cases match your criteria.**

## Common Descriptions for Selected Statutes

| Statute | Description | Severity | Effective Date | Expiration Date |
|---|---|---|---|---|
| 948.05(1)(a) | "Child Sexual Exploitation-Employ,Use,Induce" | FC | 01/01/80 | 01/31/03 |
| 948.05(1)(a) | "Child Sexual Exploitation-Employ,Use,Induce" | FF | 02/01/03 | 06/05/06 |
| 948.05(1)(a) | "Child Sexual Exploitation-Employ,Use,Induce" | FC | 06/06/06 | |
| 948.05(1)(a) | "Child Sexual Exploitation - Employ,Use,Induce (by Person Under 18 Years of Age) | FF | 06/06/06 | |
| 948.05(1)(b) | "Child Sexual Exploitation-Videos, Records,etc." | FC | 01/01/80 | 01/31/03 |
| 948.05(1)(b) | "Child Sexual Exploitation-Videos, Records,etc." | FF | 02/01/03 | 06/05/06 |
| 948.05(1)(b) | "Child Sexual Exploitation - Videos, Records, etc." | FC | 06/06/06 | |
| 948.05(1)(b) | "Child Sexual Exploitation - Videos, Records, etc. (by Person Under 18 Years of | FF | 06/06/06 | |

[See all descriptions for selected statutes (opens in a new window)](#)

## Dispositions Distribution for Closed Cases

740 counts in 346 cases match your query parameters and were closed.

### Dispositions Distribution

| Disposition | Counts | % |
|---|---|---|
| na | [25](#) | 3.38% |
| Count dismissed | [477](#) | 64.46% |
| Pled to original charge | [167](#) | 22.57% |
| Pled to amended charge | [26](#) | 3.51% |
| Guilty jury trial | [28](#) | 3.78% |
| Not guilty jury trial | [2](#) | 0.27% |
| Other | [6](#) | 0.81% |

| | | |
|---|---:|---:|
| **Deferred prosecution agreement** | 9 | 1.22% |
| Total Counts | 740 | 100.00% |

## Sentencing Distribution

221 counts match your query parameters and had a sentence given.

### Sentencing Distribution

| Sentence | Counts | % |
|---|---:|---:|
| **Jail** | | |
| **Under 30 days** | 0 | 0.00% |
| **1 month - 3 months** | 0 | 0.00% |
| **3 months - 6 months** | 0 | 0.00% |
| **6 months - 9 months** | 0 | 0.00% |
| **9 months +** | 0 | 0.00% |
| **Jail Total** | 0 | 0.00% |
| **Prison** | | |
| **Under 12 months** | 0 | 0.00% |
| **12 months - 36 months** | 10 | 4.52% |
| **36 months - 60 months** | 7 | 3.17% |
| **60 months - 120 months** | 121 | 54.75% |
| **120 months +** | 66 | 29.86% |
| **Prison Total** | 204 | 92.31% |
| **Probation** | | |
| **Under 12 months** | 0 | 0.00% |
| **12 months - 36 months** | 1 | 0.45% |
| **36 months - 60 months** | 6 | 2.71% |
| **60 months - 120 months** | 8 | 3.62% |
| **120 months +** | 1 | 0.45% |
| **Probation Total** | 16 | 7.24% |
| **Other Sentences** | | |
| **Other Sentences Total** | 1 | 0.45% |

| | Total Counts | 221 | 100.00% |
|---|---|---|---|

From the 16 counts that were awarded probation, the following 7 counts had jail assigned as condition of probation.

| Jail Time | Counts | % |
|---|---|---|
| Under 30 days | 0 | 0.00% |
| 1 month - 3 months | 0 | 0.00% |
| 3 months - 6 months | 2 | 0.90% |
| 6 months - 9 months | 3 | 1.36% |
| 9 months + | 2 | 0.90% |
| Total Counts | 7 | 3.17% |

Analyses of Amended Charges

26 counts match your query parameters and had a sentence given to an amended charge.

Distribution of Amended Charges

| Plea Effect | Counts | % |
|---|---|---|
| Remained a felony | 23 | 88.46% |
| Pled to a higher charge | 3 | 11.54% |
| Total Amended Counts | 26 | 100.00% |

Resulting Pleas for Amended Charges

Resulting Pleas

| Plea Effect | Amended charge | Amended charge sample description | Counts |
|---|---|---|---|
| Remained a felony | 948.05(1)(b) | Child Sexploitation-Videos, Records,etc. | 12 |
| Remained a felony | 948.05(1)(a) | Child Sexploitation-Employ,Use,Induce | 11 |
| Pled to a higher charge | 948.05(1)(a) | Child Sexploitation-Employ,Use,Induce | 3 |

# Notes regarding methodology:

- Closed cases only.
- Only counts that match the current query parameters.

- Deferred Prosecution Agreements (DPA) reflect extant deferments, not historical deferments. DPAs are typically concluded with a new disposition: either a dismissal of charges, or a sentence (following a violation of conditions). At the conclusion of the DPA, the new disposition is recorded and the DPA is no longer considered existent.
- Sentence lengths for Jail, Prison, and Probation are converted to whole months. Sentences specified in months are retained in months; sentences specified in years are multiplied by 12 to attain months; sentences specified in days are divided by 30 to attain months. Sentences less than 1 month are counted as such, whereas sentences greater than one month are counted in whole months of 30 days. (For example, a sentence specified as 179 days converts to 5 whole months, while a sentence of 180 days converts to 6 whole months.)
- Sentences of Probation include both "Sentence Withheld" and "Sentence Imposed". In cases of "Sentence Imposed", only the probation length is tabulated above; the distribution does not include any <u>potential</u> jail or prison time imposed. If the defendant violates terms of probation, a new sentence is issued which may have additional probation, or may impose straight prison or jail time. The distribution above reflects the most recent sentence issued.
- Sentence lengths for Jail as Conditon of Probation are converted to whole days. Sentences specified in days are retained in days; sentences specified in hours are divided by 24 to attain days; sentences specified in months are multiplied by 30 to attain days. Sentences less than 30 days are counted as such, whereas sentences greater than 30 days are counted in whole months of 30 days. (For example, a sentence specified as 239 hours converts to 9 whole days, while a sentence of 12 months converts to 360 days.)
- Sentences are specific to the count, not the case, and no attempt has been made to resolve concurrent/consecutive sentences given for additional charges in the same case.
- The Sentencing Distribution is a compendium of outcomes and any such abstraction will lack many important details of individual cases. While Court Data Technologies uses reasonable efforts to provide accurate and up-to-date data, the data provided is gathered by third parties and has not been independently verified by CDT. You should always verify the sentencing data with other sources of information.

© 2020 Court Data Technologies LLC • 301 South Bedford Street, Suite 7A • Madison, WI 53703 • 608-442-0600 • Fax 866-525-0216