Judge Peterson,                          March 12, 2020

    I am writing this letter to you in regard to my nephew, Scott Blood. I hope you will consider this information and give Scott, what I truely believe, is a very much deserved second chance to integrate back into his community and again become a productive citizen.

    Since Scott is my nephew I have known him his whole life. In fact I lived in his parents home and cared for him when he was a baby. He was always a happy child. Well behaved and always willing to do what was asked of him.

    Through his school and high school years he was never a discipline problem for his parents or teachers. Scott was a nice young man and a very good friend. The kind of person we would all like to have in a friend. I never heard him use offensive language or be rude to anyone. Scott would never speak poorly about anyone and certainly was not mean or a bully towards anyone. Scott is loyal to family and friends. He always thought of others and was willing to be helpful and polite to anyone. He would offer to pitch in to help without even being asked. Scott started to work part-time while still in high school. He was always

well liked by his supervisors, bosses, and co-workers.

As an adult Scott has always been a hard worker and likes to continue to learn. He always strives to excel at his job. At home, Scott likes to keep busy with remodeling his house and doing yard and car projects. As well as doing his own home projects he would always help friends and family with his expertise. He always finds time to help others complete projects.

Just one recent example I can give you of Scott helping his community is when the National Guard came to sandbag during flooding at a lake he lives near. He not only helped with the sandbagging, but also provided food for the workers as well as a rest area at his home and yard for the guard between shifts. He opened his home and did everything he could to help and make their lives easier. Not sure how many other people would have done what Scott did or even noticed or cared that others were struggling.

Even though Madison is not very close to eastern Iowa, Scott was the closest family member geographically to my mother and father, his grandmother and grandfather. Scott was a frequent visitor and was especially helpful to my mother

after my father died. Scott's grandmother was elderly, never had learned to drive, and lived in a small town of a few hundred people in eastern Iowa. Scott visited her often and traveled to see her on major holidays so she would not have to spend the day alone. He made sure he was there to take her to family functions such as family reunions, weddings etc. Scott showed her so much kindness and love. If she needed any help or something at her house broke he would travel to help her or fix something, or bring her something she needed.

Scott is a good, caring and loving person, thoughtful person. I ask that you take all of Scott's wonderful attributes into consideration as you make your decision. Thank you for reading this letter and allowing me to tell you about my nephew, Scott Blood.

Regina Knake-Ottberg

Feb 23, 2020

Dear Judge,

I strongly feel my son, Scott Block deserves another chance. I know — I'm just the Mom, but I do know my son.

He has always put family and friends before his needs and takes pleasure in doing so.

When I moved to Arizona, it left my aging mother alone in Iowa. Scott made a point of spending holidays with her so she wouldn't be alone. He also fixed things at her home and bought thing she needed but couldn't afford.

At work he gave 100% and was well respected by his boss, owners, co-workers and those he managed. At 16, when he started working at American T.V., his boss was pleased with his can do attitude and abilities. He was with American TV til they closed.

During the flooding, a couple years ago, on Belle Island, he worked strenuously helping neighbors sandbag properly. (over)

He also hosted the National Guard at his home for some meals and relaxation.

When Carrie Kingston and her three children moved in with him, they individually told me she had no money to go towards the mortgage or utilities. He took on all this responsibility with no complaints. In fact he was still paying everything while in jail, until his money ran out.

He has never caused his parents any problems and was always truthful with us. Have never seen him fight with anyone or have a harsh word. Also have never heard from anyone else of this happening.

He has apologized to me, is remorseful and admits he did wrong.

Please take this into account when making a decision.

Respectfully,
Carm Blood

The Honorable Judge James D. Peterson
US District Court
Western District of Wisconsin
120 North Henry St. Room 320
Madison, WI 53703

Dear Judge Peterson,

I am writing to you on behalf of Scott Blood, whom you will be seeing in the near future for sentencing. I have known Scott for approximately ten years as both a patient, and as someone who has performed numerous IT services for me.

In the time that I have known Scott, he has always been honest, professional and very generous with his time and services. My wife and I have hired him for numerous jobs in our home and were always very pleased with the results, and comfortable with him.

As I got to know Scott personally he often shared his enthusiasm for his upcoming marriage. He was genuinely happy and very eager to be a Step Dad. It was with much shock when I heard what he done. Scott obviously made an egregious mistake in judgment, for which he fully accepts the blame. He understands the seriousness of his actions. He has since reached out to me as a friend, and I have offered him whatever moral support I can.

It is for these reasons, and my personal observations regarding Scott's character that I am writing to you. I understand that you have a great responsibility to impart justice for Scott's crimes. These are very serious charges, for which a tough sentence is given. I hope that you consider that Scott made a huge mistake, and perhaps he actually has a good character. Please consider whatever degree of leniency you are free to impart during Scott's sentencing.

Thanks for your consideration,

Sincerely,

*[signature]*

Dr. David Emmerich

To whom it may concern,

    I am writing to you to speak about the character of my friend Scott Blood, whom I have called a friend for about 16 years. I met Scott as one of several coworkers at AmericanTV of Madison. I moved into the Madison area to take the job at AmericanTV as a network services engineer, and Scott made an almost immediate impact on my introduction to the company and the greater Madison area. We spent many long (and often late) hours away from home working on projects for AmericanTV. Scott has always been willing to share his knowledge, but also be helpful to those around him. Much like a brother would, he has taught me many skills when I showed an interest, and I have always been able to rely on his help and opinion.

    Several years ago, the parochial school that is part of our church needed a loft built in their kindergarten room. I asked Scott for his help and he not only gladly agreed, he also brought others to help. Together we spent a weekend building something that was safe and useful for the children. In this endeavor, Scott brought is willingness to help, his tools, and his knowledge in a manner that many people have ultimately benefited from. He never asked for anything in return for this effort and he did it with such open gladness. This has been the way that Scott is in many, many situations.

    When I took a new job after AmericanTV closed, I ended up traveling for work 60% percent of the time, and when I was away, Scott spent time with my wife and kids, and also helped with faulty appliances and leaks in the house. Again, seeking simply to be a positive force in the lives of his friends. My family and I have spent many joyful hours with Scott learning how wake board and simply enjoy the weather on Lake Monona. We have all enjoyed his humor and sought to make him part of our family.

    Scott has constantly reminded me of the importance of hard work, service to others, and willingness to learn new things. There are many other situations I could use to paint the character of a person whom I have felt fortunate enough to call a friend. It is rare in my experience to find people who I not only can think of as friends but also family away from family. People who can make mistakes yet can rely on each other for understanding and support.

    If there is anything more I can contribute, please feel free to contact me.

    Sincerely,


Nicholas Ritter



June 8, 2020

Judge Peterson

RE: Scott Blood

Your Honor:

I've had a personal and professional relationship with Scott since 2010 and am writing this to note that in all the years both as his friend and employer my interactions with him were nothing but positive.

When American TV went bankrupt, we hired him part time to work for us. He went above and beyond with everything we asked of him. We would have hired him full time, but he was over-qualified, but never gave that impression to any of the team or customers while he was here.

As a customer he cherished his boats and watersports activities, bringing many into the sport that would have never had the chance to experience fun on the water.

As a friend, we shared many meaningful conversations about life and our shared love for the water and traditional family values.

I do not understand the current situation because Scott never remotely exhibited any behaviors other than being a great guy and friend.

Sincerely,

Paul Vitucci
Team Leader
Redline Watersports

DEAR JUDGE PETERSON,

MY NAME IS STEVE ROBERTS. I HAVE KNOWN SCOTT BLOOD FOR 30 YEARS. WE WORKED TOGETHER FOR 25 YEARS AT AMERICAN T.V.. SCOTT HAS ALWAYS BEEN A MENTOR TO ME BECAUSE OF HIS OUTSTANDING CHARACTER AND HELPFULNESS. HE HAS HELPED NUMEROUS PEOPLE WITHOUT HESITATING. HE HELPED ME PURCHASE A HOUSE, A VEHICLE AND NUMEROUS OTHER ITEMS THROUGHOUT OUR FRIENDSHIP. I DO NOT KNOW WHY HE DID WHAT HE IS CONVICTED FOR. IT SUPRISED ME JUST BECAUSE I HAVE NEVER SEEN THIS BEHAVIOR FROM HIM EVER BEFORE. SCOTT IS ALWAYS TOP NOTCH IN EVERYTHING HE EVER DID. I AM SCOTTS POA AND WILL CONTINUE TO HELP HIM WITH ANYTHING HE EVER NEEDS. THANK YOU FOR YOUR TIME.

STEVE ROBERTS

March 9, 2020

Dear Judge Peterson,

I was incredulous when Scott Blood was arrested. Scott has mentored both of my grandsons, Benjamin (age 22) and Joshua (age 17). Joshua was five years old when we moved to Madison and met Scott. My son asked him to be one of Joshua's Godfathers a few years later. As Joshua's Godfather, Scott gave Joshua many unique experiences such as:

- Taking him for a weekend to a lake up north to wake board
- Treating Joshua to a weekend in the Ozarks for a wake boarding festival
- Introducing him to other wake boarders including a professional
- Teaching both Benjamin and Joshua to wake board behind his boat
- Taking Joshua to Rockford to wake board when the water on Lake Monona was too high
- Teaching Joshua how to maintain the boat

Scott also helped Joshua when he experienced problems in school.

We have been to Scott's home many times for dinner and he has joined us on special occasions. Scott Blood has always treated me and my family with respect.

Thank you for listening.

Sincerely,

*Argene McDowell*

Argene McDowell

DEAR JUDGE PETERSON, 5-20-2

  IM A GOOD FRIEND OF1 SCOTT BLOOD. HE IS MY SON'S GODFATHER. I KNOW HE HAS GOOD CHARACTER AND IS A POSITIVE INFLUENCE ON ALL HE MEETS.

  HE HAS DONE ALOT FOR MY FAMILY AND ESPECIALLY FOR MY SON JOSH, HIS GODSON. HE KEPT MY SON OUT OF TROUBLE WHEN I COULDN'T. HE TAUGHT HIM ALOT. BOAT MAINTENANCE, PLUMBING, ELECTRICAL, AUTOMOTIVE MAINTENANCE, JUST TO NAME A FEW.

  IVE KNOWN SCOTT OVER 30 YEARS AND HE HAS ONLY BEEN AN EXCEPTIONAL SOUL, WITH A GOOD HEART.

CONTINUED: 5-20-20

SCOTT PUT IN FRENCH DOORS, BUILT OUR DECK, WIRED OUR GARAGE, AND PUT IN A DISHWASHER, THINGS WE KNEW NOTHING ABOUT. I AM FOREVER HIS FREIND AND SUPPORTER.

YOURS TRULY
ANTHONY MCDOWELL
*Anthony McDowell*

Honorable Judge Peterson

Dear Sir:

I am writing concerning the case of my nephew, Scott Thomas Blood.

I am sure you frequently receive communications from family members regarding either the innocence or good character of people coming through your court. That being said, I do want to share my feelings and opinion in this case.

I find this situation to be inexplicable, knowing Scott as I do. He has always been respectful, honest, and caring. I never had concerns about his being left with his younger cousins, my sons. I confirmed with them that there was never any inappropriate actions, words, or suggestions as they grew.

Whatever led to this situation, I am certain that there are probably factors that do not rise to legal justifications, but did impact some regretful decision making. I don't think this is a pattern of behavior from the past, not that would constitute a serious risk to the community going forward.

Therefore, I do ask that you consider using what discretion you possess to show leniency in sentencing.

Respectfully submitted,

*[signature]*

Dear Judge Peterson,

I have worked with and known Scott Blood for 25 years or more. I have always known Scott to be a good worker. He's helped me with projects of mine. He has also done work for the owners of American t.v.. He's also done personal work for the senior V.P.'s. He has always been a loyal friend. I have no idea why he would have any reason to do these things. He has always been a square shooter. As a matter of fact, when American T.v. closed down the company that bought American hired him on the spot to be the manager of the computer department. If I ever needed any help, he was always there to help me. and we are still good friends.

6/3/2020

Dale L. Grant