SCOTT T. BLOOD
REG. NO.: 11632-090
TEXARKANA FCI
Post Office Box 7000
Texarkana, Texas 75505

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WISCONSIN

## MADISON DIVISION

----------------------------------------------x

UNITED STATES OF AMERICA,

Plaintiff,

v.

SCOTT T. BLOOD,

Defendant.

----------------------------------------------x

CASE NO.: 3:19-CR-131-JDP

Hon. James Peterson

[Filed concurrently with Declaration of Scott T. Blood, Declaration of Neal Cabaluna, M.D.]

# DECLARATION OF CARMEN A. BLOOD IN SUPPORT OF MOTION FOR

# COMPASSIONATE RELEASE AND/OR REDUCTION OF SENTENCE

# PURSUANT TO 18 U.S.C. § 3582(c)(l)(A)

I, CARMEN A. BLOOD, HEREBY DECLARE under the penalty of perjury of the law of the State of Arizona that the following is true and correct and if called as a witness I could and would competently testify to the following:

1.      I am submitting this declaration in support of the motion for compassionate release that is being filed by my natural son, Scott Blood. I am currently seventy-six (76) years old and have certain medical conditions and a recently re-diagnosed is of cancer which will prevent me from caring for myself. I live alone and do not have a husband or children that can care for me. My only child is Scott Blood.

2.      My medical conditions have caused a recent decline in my health and the ability to care for myself. These conditions include fibromyalgia and arthritis which I was diagnosed with twenty-five (25) years ago. This has caused a decline in my ability to walk and perform tasks using my hands. When the fibromyalgia is active, I am have difficulty walking to the bathroom and other rooms in the house such as the kitchen.

3.      More recently, in 2021, I was re-diagnosed with breast cancer which was previously diagnosed in 1996.  I understand that this cancer battle at my age will be very debilitating and I will need a caretaker to get through this.  I already had two surgeries which were unsuccessful, the last on in October of 2021.

4.      I have also been diagnosed with osteoporosis in 2019. This has caused me to have to undergo treatment including infusions every six months. As a result of this, I am on a 10 pound weight restriction for lifting. Part of the reason for the weight restriction is that I have a compression fracture in my upper back which was confirmed on x-rays. There is nothing that can be done for this fracture.  I also have been diagnosed with two arthritic index "trigger" fingers

which prevents me from holding items in my hand. Often, I drop my cup of coffee or beverages. I also have difficulty cooking with this condition. I have dropped pots with hot food which now prevents me from cooking. Living alone, I am afraid to cook on the stove because I could burn myself or cause a fire on the stove. I can no longer cut up vegetables, meats and other foods used in the preparation of meals. I cannot open jars or containers of food any more with this condition. The condition is worsening as time goes on. I am being treated for this but so far the treatment has not helped.

5.      I also have high blood pressure, difficulty balancing myself, and experience vertigo like dizziness. This has prevented me from climbing ladders to change light bulbs, smoke detector batteries and general maintenance of things in high places that need to be maintained in my home. I am afraid to climb a ladder or step stool given my deteriorating condition. I have not been able to perform yard work for over a year given my recent decline in health. I cannot any longer cut the grass, cut weeds, pick up lawn trimmings or yard trimmings or shovel snow. I am not financially able to hire a landscaper or house maintenance crew to assist with the household work or a nurse to care for me. I am very afraid to be alone and unable to care for myself.  I often become fatigued at the smallest tasks.  Thyroid problems may contribute to this.

6.      Finally, I am afraid to drive at night given my poor vision and inability to see at night. This I believe is due to my age. I need someone to shop for me and take me to my doctor's visits. I need to make my medical doctor visits, especially with the re-diagnosis of breast cancer. I will need to see my doctors often.

7.      This declaration is being filed with my doctor's declaration. I am happy to allow the court to review all my medical records upon request.

3

Executed this 30th day of December, 2021 at Prescott, Arizona

_Carmen A. Blood_

Carmen A. Blood, declarant