# FEDERAL DEFENDER SERVICES OF WISCONSIN, INC.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Jessica Arden Ettinger
Anderson M. Gansner
Gabriela A. Leija
Dennise Moreno
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Alexander P. Vlisides
Kelly A. Welsh

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

January 13, 2022

Honorable James D. Peterson
United States District Court Chief Judge
120 North Henry Street
Madison, Wisconsin 53703

Re:   *United States v. Scott Blood* - Case No. 19-cr-131-jdp

Dear Judge Peterson:

On January 9, 2019, as Chief Judge you issued a standing order appointing Federal Defender Services of Wisconsin "to advise individuals convicted in this district and, where appropriate, to represent them in this Court, related to Section 603 of the First Step Act (compassionate release)." Admin Order 358.

Unfortunately, due to competing demands and FDSW's limited resources, my office cannot represent Mr. Blood with regard to his current compassionate-release petition. Please note that FDSW does *not* take any position on whether this Court should grant compassionate release.

Furthermore, if the circumstances underlying the petition change, we would again review any additional or supplemental petitions on his behalf.

Respectfully submitted,

*/s/ Joseph A. Bugni*

Joseph A. Bugni
Associate Federal Defender

Cc:   Mr. Scott Blood